

Rochelle Shuffield
*Attorney*

September 7, 2023

Honorable Christopher M. Alston
700 Stewart Street, Room 7206
Seattle, WA 98101

RE:    In re: Maria Hong-Thoa Nguyen
         Case No.: 23-11491 – CMA
         Hearing on Motion to Confirm

Dear Honorable Judge Alston,

    I am requesting to appear telephonically at the hearing scheduled for December 7 at 9:30AM. I have a vet appointment for my dogs that morning from 8:30 to 9:30 and would request to take this hearing telephonically. I have not been able to reach my client to get approval so I will need to appear if I cannot reach her.

                              Sincerely,

                              Rochelle Shuffield
                              Attorney for Debtor

14900 Interurban Ave. South  Suite #287  Tukwila, WA  98168  *ph* 206-674-4565 *ext* 161  *fax* 206-681-9466  rochelle@shuffieldlaw.com